Certificate Number: 14912-PAW-DE-030987473

Bankruptcy Case Number: 13-22492



14912-PAW-DE-030987473

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 5, 2018, at 3:24 o'clock PM EDT, Robert Kaiser completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  May 5, 2018          By:  /s/Jai Bhatt

                            Name:  Jai Bhatt

                            Title:  Counselor