Certificate Number: 14912-PAW-DE-030987474

Bankruptcy Case Number: 13-22492



14912-PAW-DE-030987474

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 5, 2018</u>, at <u>3:24</u> o'clock <u>PM EDT</u>, <u>Kathryn Kaiser</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>May 5, 2018</u>                By:  <u>/s/Jai Bhatt</u>

                                        Name:  <u>Jai Bhatt</u>

                                        Title:  <u>Counselor</u>