UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

IN RE:                                                            CASE NO.: 13-22492-TPA
Robert R Kaiser, Jr.,                                                     CHAPTER 13
Debtor,
Kathryn E Kaiser,
Joint Debtor
_____/

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT**, on behalf of NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY ("Secured Creditor"), the undersigned hereby withdraws the following document:

DE 103, Notice of Appearance, filed on May 8, 2018.

                          ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
                          Attorney for Secured Creditor
                          6409 Congress Ave., Suite 100
                          Boca Raton, FL 33487
                          Telephone: 561-241-6901
                          Facsimile: 561-241-1969

                          By: /s/ Kevin Buttery
                              Kevin Buttery, Esquire
                              Bar Number 319438
                              Email: kbuttery@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 8, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

SAMUEL M. DIFATTA
P.O. BOX 23
TARENTUM, PA  15084

ROBERT R. KAISER, JR.
KATHRYN E. KAISER
113 LAUREL PLACE
NEW KENSINGTON, PA  15068

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA  15219

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
LIBERTY CENTER.
PITTSBURGH, PA  15222

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/ Kevin Buttery
   Kevin Buttery, Esquire
   Bar Number 319438
   Email: kbuttery@rascrane.com