**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 13-22492-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Robert R. Kaiser, Jr.<br>113 Laurel Place<br>New Kensington PA 15068 | Kathryn E. Kaiser<br>113 Laurel Place<br>New Kensington PA 15068 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/11/2018.

Name and Address of Alleged Transferor(s):

Claim No. 5: USAA Federal Savings Bank, 9441 LBJ Freeway, Suite 350, Dallas, TX 75243

Name and Address of Transferee:

Nationstar Mortgage LLC
P.O.Box 619094, Dallas, T 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/13/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 13-22492-TPA
Robert R. Kaiser, Jr.                                           Chapter 13
Kathryn E. Kaiser
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dkam              Page 1 of 1              Date Rcvd: Jun 11, 2018
                              Form ID: trc            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2018.
13726524      +USAA Federal Savings Bank,   9441 LBJ Freeway, Suite 350,   Dallas, TX 75243-4652

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2018 at the address(es) listed below:
              Daniel Brett Sullivan    on behalf of Creditor    USAA Federal Savings Bank BNCmail@w-legal.com,
               DanS@w-legal.com
              James  Warmbrodt    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Dollar Bank, Federal Savings Bank pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jerome B. Blank    on behalf of Creditor    Dollar Bank, Federal Savings Bank pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    Dollar Bank, Federal Savings Bank jschalk@barley.com,
               sromig@barley.com
              Kevin M Buttery    on behalf of Creditor    USAA Federal Savings Bank kbuttery@rascrane.com
              Matthew Gregory Brushwood    on behalf of Creditor    Dollar Bank, Federal Savings Bank
               pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Samuel M. DiFatta    on behalf of Joint Debtor Kathryn E. Kaiser difatta1015@comcast.net,
               richard.gainey@comcast.net
              Samuel M. DiFatta    on behalf of Debtor Robert R. Kaiser, Jr. difatta1015@comcast.net,
               richard.gainey@comcast.net
                                                                                             TOTAL: 11