**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/28/18 9:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  ROBERT R. KAISER, JR.<br>KATHRYN E. KAISER<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>          Movant<br>          vs.<br>ROBERT R. KAISER, JR.<br>KATHRYN E. KAISER<br><br>          Respondents | Case No.13-22492TPA<br><br>Chapter 13<br><br>Document No. 112 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __28th__ day of __August__, 20__18__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Paragon
Attn: Payroll Administrator
173 Thorn Hill Rd
Warrendale, PA 15086

is hereby ordered to immediately terminate the attachment of the wages of ROBERT R. KAISER, JR., social security number XXX-XX-6129. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ROBERT R. KAISER, JR..

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
ljm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert R. Kaiser, Jr.
Kathryn E. Kaiser
    Debtors

Case No. 13-22492-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2　　　　User: dkam　　　　　　　Page 1 of 1　　　　　　Date Rcvd: Aug 28, 2018
　　　　　　　　　　　　　Form ID: pdf900　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2018.
db/jdb　　　　+Robert R. Kaiser, Jr.,   Kathryn E. Kaiser,   113 Laurel Place,   New Kensington, PA 15068-4925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018　　　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2018 at the address(es) listed below:
      Daniel Brett Sullivan    on behalf of Creditor    USAA Federal Savings Bank BNCmail@w-legal.com,
       DanS@w-legal.com
      James   Warmbrodt    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
      James A. Prostko    on behalf of Creditor    Dollar Bank, Federal Savings Bank pawb@fedphe.com,
       james.prostko@phelanhallinan.com
      Jerome B. Blank    on behalf of Creditor    Dollar Bank, Federal Savings Bank pawb@fedphe.com
      Joseph P. Schalk    on behalf of Creditor    Dollar Bank, Federal Savings Bank jschalk@barley.com,
       sromig@barley.com
      Kevin M Buttery    on behalf of Creditor    USAA Federal Savings Bank kbuttery@rascrane.com
      Matthew Gregory Brushwood    on behalf of Creditor    Dollar Bank, Federal Savings Bank
       pawb@fedphe.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Samuel M. DiFatta    on behalf of Joint Debtor Kathryn E. Kaiser difatta1015@comcast.net,
       richard.gainey@comcast.net
      Samuel M. DiFatta    on behalf of Debtor Robert R. Kaiser, Jr. difatta1015@comcast.net,
       richard.gainey@comcast.net
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 11