# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  ROBERT R. KAISER, JR.<br>KATHRYN E. KAISER<br>         Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>           vs.<br>ROBERT R. KAISER, JR.<br>KATHRYN E. KAISER<br><br>        Respondents | FILED<br>8/28/18 9:10 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>Case No. 13-22492TPA<br><br>Chapter 13<br><br>Document No. 113 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __28th__ day of __August__, 20_18_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Allstate Insurance Company
Attn: Garnishment And Assighnment Of Commissions
1600 South Wolf Rd
Wheeling, IL 60090

is hereby ordered to immediately terminate the attachment of the wages of KATHRYN E. KAISER, social security number XXX-XX-8348. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of KATHRYN E. KAISER.

BY THE COURT:

_____
ljm
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 13-22492-TPA
Robert R. Kaiser, Jr.                                                          Chapter 13
Kathryn E. Kaiser
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1              Date Rcvd: Aug 28, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2018.
db/jdb         +Robert R. Kaiser, Jr.,   Kathryn E. Kaiser,   113 Laurel Place,   New Kensington, PA 15068-4925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
              Daniel Brett Sullivan    on behalf of Creditor    USAA Federal Savings Bank BNCmail@w-legal.com,
               DanS@w-legal.com
              James  Warmbrodt    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Dollar Bank, Federal Savings Bank pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jerome B. Blank    on behalf of Creditor    Dollar Bank, Federal Savings Bank pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    Dollar Bank, Federal Savings Bank jschalk@barley.com,
               sromig@barley.com
              Kevin M Buttery    on behalf of Creditor    USAA Federal Savings Bank kbuttery@rascrane.com
              Matthew Gregory Brushwood    on behalf of Creditor    Dollar Bank, Federal Savings Bank
               pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Samuel M. DiFatta    on behalf of Joint Debtor Kathryn E. Kaiser difatta1015@comcast.net,
               richard.gainey@comcast.net
              Samuel M. DiFatta    on behalf of Debtor Robert R. Kaiser, Jr. difatta1015@comcast.net,
               richard.gainey@comcast.net
                                                                                               TOTAL: 11