IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Robert R. Kaiser, Jr. | : | Bankruptcy No. 13-22492-TPA |
|          Kathryn E. Kaiser | : | |
|                    Debtor(s) | : | |
| | : | Chapter 13 |
| Robert R. Kaiser, Jr. | : | |
| Kathryn E. Keyser | : | |
|                    Movant(s) | : | |
|          v. | : | |
| Ronda J. Winnecour, Esq. | : | |
| Chapter 13 Trustee | : | |
| Respondents | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On May 7, 2018, at docket numbers 105 and 106, Debtor's complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.


Date of Service:  August 31, 2018          Samuel M. DiFatta, Esquire
                                           Attorney for Movant/Applicant
                                           /s/Samuel M. DiFatta, Esquire
                                           Signature
                                           PO Box 23, Tarentum, PA 15084
                                           Address
                                           724-882-5175
                                           Telephone Number
                                           78156
                                           Attorney I.D. No
                                           Difatta1015@comcast.net

**PAWB Local Form 24 (07/13)**