**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **ROBERT R. KAISER, JR.** |
| Debtor 2 (Spouse, if filing) | **KATHRYN E. KAISER** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **13-22492TPA** |

# Form 4100N
# Notice of Final Cure Payment                                             10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** USAA FEDERAL SAVINGS BANK

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 6 3 9 3

**Property Address:** 113 LAUREL PLACE
NEW KENSINGTON PA 15068

### Part 2: Cure Amount

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---:|
| a. Allowed prepetition arrearage: | (a) $ | 1,193.08 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 1,193.08 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) $ | 1,193.08 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

    Current monthly mortgage payment    $   $170.44

    The next postpetition payment is due on   10 / 1 / 2018   (MM / DD / YYYY)

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | ROBERT R. KAISER, JR. | Case number *(if known)* | 13-22492TPA |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

**X** /s/ Ronda J. Winnecour  
Signature

Date  09/18/2018

Trustee  Ronda J. Winnecour

Address  CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219

Contact phone  (412) 471-5566       Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | ROBERT R. KAISER, JR. | | Case number *(if known)* | 13-22492TPA |
|---|---|---|---|---|
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 10/25/2013 | 0868351 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 76.70 |
| 11/22/2013 | 0872370 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 216.95 |
| 12/23/2013 | 0876404 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 848.59 |
| 01/28/2014 | 0880570 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 50.84 |
| | | | | 1,193.08 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 10/25/2013 | 0868351 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 1,020.44 |
| 11/22/2013 | 0872370 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 12/23/2013 | 0876404 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 01/28/2014 | 0880570 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 02/25/2014 | 0884589 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 03/25/2014 | 0888651 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 04/25/2014 | 0892838 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 05/28/2014 | 0896887 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 06/25/2014 | 0900957 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 07/24/2014 | 0905050 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 08/26/2014 | 0909100 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 09/29/2014 | 0913291 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 10/29/2014 | 0917242 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 11/24/2014 | 0921944 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 12/22/2014 | 0925957 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 01/27/2015 | 0930088 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 02/24/2015 | 0934098 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 03/26/2015 | 0938227 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 04/24/2015 | 0942389 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 05/26/2015 | 0946458 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 06/23/2015 | 0950357 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 07/28/2015 | 0954486 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 08/26/2015 | 0958501 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 09/28/2015 | 0962384 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 10/26/2015 | 0966442 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 11/24/2015 | 0970610 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 12/22/2015 | 0974559 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 01/26/2016 | 0978642 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 02/24/2016 | 0982549 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 172.64 |
| 03/28/2016 | 0986603 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 04/22/2016 | 0990775 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 05/24/2016 | 0994722 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 06/27/2016 | 1003502 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 07/26/2016 | 1007446 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 08/26/2016 | 1011503 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 09/27/2016 | 1015435 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 10/26/2016 | 1018912 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 11/21/2016 | 1022162 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 12/21/2016 | 1025509 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 01/27/2017 | 1029035 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 02/24/2017 | 1032390 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 03/28/2017 | 1035840 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 04/21/2017 | 1039069 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 05/25/2017 | 1042378 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 06/27/2017 | 1045782 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 07/25/2017 | 1049072 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 08/25/2017 | 1052430 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 09/26/2017 | 1055768 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 10/25/2017 | 1059106 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 11/21/2017 | 1062341 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 12/21/2017 | 1065700 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 01/25/2018 | 1068955 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 02/23/2018 | 1072119 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 03/28/2018 | 1075330 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 04/24/2018 | 1078564 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 05/25/2018 | 1081848 | USAA FSB | AMOUNTS DISBURSED TO CREDITOR | 170.44 |

| Debtor 1 | **ROBERT R. KAISER, JR.** | Case number *(if known)* | **13-22492TPA** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 06/22/2018 | 1084955 | USAA FEDERAL SAVINGS BANK | AMOUNTS DISBURSED TO CREDITOR | 170.44 |
| 08/28/2018 | 1091422 | USAA FEDERAL SAVINGS BANK | AMOUNTS DISBURSED TO CREDITOR | 340.88 |
| | | | | 10,908.16 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

ROBERT R. KAISER, JR.
KATHRYN E. KAISER
113 LAUREL PLACE
NEW KENSINGTON, PA  15068

SAMUEL M DIFATTA ESQ
PO BOX 23
TARENTUM, PA  15084

USAA FEDERAL SAVINGS BANK
C/O NATIONSTAR MORTGAGE LLC(*)
PO BOX 619094
DALLAS, TX  75261-9741

NATIONSTAR MORTGAGE LLC**
ATTN BANKRUPTCY NOTICES - LEGAL
PO BOX 619096
DALLAS, TX  75261-9741

RAS CRANE LLC
10700 ABOTT'S BRIDGE RD STE 170
DULUTH, GA  30097


9/18/18                                              /s/ Renee Ward
                                                     Administrative Assistant
                                                     Office of the Chapter 13 Trustee