# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Robert R. Kaiser Jr.** : | Case No. 13−22492−TPA |
| **Kathryn E. Kaiser** : | Chapter: 13 |
| **fka Kathryn E. Smalley** : | |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | Related to Document No. 121 |
| : | |
| v. : | Hearing Date: 12/12/18 at 12:00 PM |
| **No Respondents** : | |
| *Respondent(s).* : | |
| : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

     *AND NOW,* this *The 26th of September, 2018*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 121 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  **On or before November 12, 2018**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on **December 12, 2018 at 12:00 PM** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 13-22492-TPA
Robert R. Kaiser, Jr.                                                  Chapter 13
Kathryn E. Kaiser
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr           Page 1 of 2            Date Rcvd: Sep 26, 2018
                              Form ID: 300b        Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
```
db/jdb         +Robert R. Kaiser, Jr.,    Kathryn E. Kaiser,    113 Laurel Place,   New Kensington, PA 15068-4925
aty            +vde13,    Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr             +USAA Federal Savings Bank,    WEINSTEIN & RILEY, P.S.,    260 W. 36th Street, Suite 801,
                 New York, NY 10018-8992
cr             +USAA Federal Savings Bank,    c/o Buckley Madole P.C.,    PO Box 9013,    Addison, TX 75001-9013
13654885       +AES/PHEAA-KEYCON,    1200 N. 7th Street,    Harrisburg, PA 17102-1419
13654886       +American Express,    PO Box 981537,    El Paso, TX 79998-1537
13722170        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13654887       +CBCS,    875 Greentree Rd,    Pittsburgh, PA 15220-3508
13654888       +Chase,    PO Box 15298,    Wilmington, Delaware 19850-5298
13654891       +Dollar Bank Servicing Center,    PO Box 106077,    Pittsburgh, PA 15230-6077
13682827       +Dollar Bank, Federal Savings Bank,    Dollar Bank Servicing Center,    300 Tuscarawas Street West,
                 P O Box 8469Canton, OH 44702-1914
13980735        ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13654892       +Hundai Motor finance Co,    10550 Talbert Ave.,    Fountain Valley, CA 92708-6032
13654896        NCO Financial,    PO Box 13570,    Philadelphia, PA 19101
13654895       +National Tire & Battery/Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
14862314        Nationstar Mortgage LLC,    P.O.Box 619094, Dallas, T 75261-9741
13677010       +PHEAA,    PO BOX 8147,    Harrisburg PA 17105-8147
13654898       +Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
13726524       +USAA Federal Savings Bank,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
13654899       +USAA Federal Savings Bank,    PO Box 33009,    San Antonio, TX 78265-3009
13654900       +USAA Savings Bank,    PO Box 33009,    San Antonio, TX 78265-3009
13654903        WF Retail & Credit,    Cscl Team Mac N8235-04M,    PO Box 14517,    Des Moines, IA 50306-3517
13654901       +Wells Fargo Financial Cards,    PO Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13654890       +E-mail/Text: bankruptcy@firstenergycorp.com Sep 27 2018 03:16:37      Collection Service Center,
                 839 5th Avenue,    New Kensington, PA 15068-6303
13654889       +E-mail/Text: bankruptcy@firstenergycorp.com Sep 27 2018 03:16:37      Collection Service Center,
                 839 Fifth Avenue,    New Kensington, PA 15068-6303
13691658       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Sep 27 2018 03:17:36
                 Hyundai Motor Finance,    PO Box 20809,    Fountain Valley, CA 92728-0809
13654894       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 27 2018 03:16:22      Midland Funding,
                 8875 Aero Drive,    STE 200,    San Diego, CA 92123-2255
13654893       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 27 2018 03:16:22      Midland funding,
                 8875 Aero Drive,    STE 200,    San Diego, California 92123-2255
13731836       +E-mail/Text: bncmail@w-legal.com Sep 27 2018 03:16:43      USAA FEDERAL SAVINGS BANK,
                 C/O WEINSTEIN AND RILEY, PS,    P.O. Box 3978,    SEATTLE, WA 98124-3978
13654904       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2018 03:15:39      WFNNB/Lane Bryant,
                 PO Box 182789,    Columbus, OH 43218-2789
13730096       +E-mail/Text: bankruptcy@firstenergycorp.com Sep 27 2018 03:16:37      West Penn Power,
                 1310 Fairmont Ave.,    Fairmont, WV 26554-3526
13654902       +E-mail/Text: bankruptcynotice@westlakefinancial.com Sep 27 2018 03:16:23
                 Westlake Financial Services,    4751 Wilshire Blvd., Suite 100,    Los Angeles, CA 90010-3847
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Dollar Bank, Federal Savings Bank
cr              USAA Federal Savings Bank
cr*             ECMC,    P.O. BOX 16408,    St. Paul, MN 55116-0408
13654897*       NCO Financial,    PO Box 13570,    Philadelphia, PA 19101
                                                                                   TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 0315-2          User: gamr              Page 2 of 2             Date Rcvd: Sep 26, 2018
                              Form ID: 300b           Total Noticed: 32
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2018 at the address(es) listed below:

```
          Daniel Brett Sullivan    on behalf of Creditor    USAA Federal Savings Bank BNCmail@w-legal.com,
           DanS@w-legal.com
          James  Warmbrodt    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Dollar Bank, Federal Savings Bank pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Jerome B. Blank    on behalf of Creditor    Dollar Bank, Federal Savings Bank pawb@fedphe.com
          Joseph P. Schalk    on behalf of Creditor    Dollar Bank, Federal Savings Bank jschalk@barley.com,
           sromig@barley.com
          Kevin M Buttery    on behalf of Creditor    USAA Federal Savings Bank kbuttery@rascrane.com
          Matthew Gregory Brushwood    on behalf of Creditor    Dollar Bank, Federal Savings Bank
           pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Samuel M. DiFatta    on behalf of Debtor Robert R. Kaiser, Jr. difatta1015@comcast.net,
           richard.gainey@comcast.net
          Samuel M. DiFatta    on behalf of Joint Debtor Kathryn E. Kaiser difatta1015@comcast.net,
           richard.gainey@comcast.net
                                                                                             TOTAL: 11
```