**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> ROBERT R. KAISER, JR. <br> KATHRYN E. KAISER <br>       Debtor(s) <br><br> Ronda J. Winnecour <br>  Chapter 13 Trustee, <br>       Movant <br>       vs. <br> No Respondents. | Case No.:13-22492 TPA <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 25, 2018

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/11/2013 and confirmed on 7/31/13 . The case was subsequently        Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 110,727.68 |
| Less Refunds to Debtor | 1,692.96 | |
| TOTAL AMOUNT OF PLAN FUND | | 109,034.72 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,724.00 | |
|    Trustee Fee | 4,265.75 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,989.75 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   DOLLAR BANK FSB(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6181 | | | | |
|   USAA FEDERAL SAVINGS BANK | 0.00 | 10,908.16 | 0.00 | 10,908.16 |
|     Acct: 6393 | | | | |
|   DOLLAR BANK FSB(*) | 11,647.80 | 11,647.80 | 0.00 | 11,647.80 |
|     Acct: 6181 | | | | |
|   DOLLAR BANK FSB** | 0.00 | 43,620.24 | 0.00 | 43,620.24 |
|     Acct: 6181 | | | | |
|   DOLLAR BANK FSB(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6181 | | | | |
|   USAA FEDERAL SAVINGS BANK | 1,193.08 | 1,193.08 | 0.00 | 1,193.08 |
|     Acct: 6393 | | | | |
|   WESTLAKE FINANCIAL SERVICES(*) | 10,759.70 | 10,759.70 | 2,001.32 | 12,761.02 |
|     Acct: 5641 | | | | |
| | | | | 80,130.30 |
| **Priority** | | | | |
|   SAMUEL M DIFATTA ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT R. KAISER, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT R. KAISER, JR. | 1,692.96 | 1,692.96 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SAMUEL M DIFATTA ESQ | 2,724.00 | 2,724.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ECMC(*) | 15,928.21 | 11,984.35 | 0.00 | 11,984.35 |
|     Acct: 6129 | | | | |
|   AMERICAN EXPRESS BANK FSB | 2,266.13 | 1,705.03 | 0.00 | 1,705.03 |
|     Acct: 1003 | | | | |
|   CBCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6643 | | | | |
|   CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |

13-22492 TPA  
Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1422 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1422 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 52S6 | | | | |
| HYUNDAI MOTOR FINANCE CO | 3,827.95 | 2,880.14 | 0.00 | 2,880.14 |
| Acct: 8927 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| NATIONAL TIRE AND BATTERY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7627 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| USAA FSB | 5,452.78 | 4,102.66 | 0.00 | 4,102.66 |
| Acct: 4399 | | | | |
| WELLS FARGO FINANCIAL CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2088 | | | | |
| WF RETAIL AND CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2088 | | | | |
| LANE BRYANT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7710 | | | | |
| WEST PENN POWER* | 322.29 | 242.49 | 0.00 | 242.49 |
| Acct: 2541 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RAS CRANE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 20,914.67 |

TOTAL PAID TO CREDITORS                                                                 101,044.97

TOTAL  
CLAIMED            0.00  
PRIORITY      23,600.58  
SECURED       27,797.36  

Date: 09/25/2018

/s/ Ronda J. Winnecour  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    ROBERT R. KAISER, JR.<br>    KATHRYN E. KAISER<br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>        Movant<br>       vs.<br>    No Repondents. | Case No.:13-22492 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                  BY THE COURT:

                                                                  U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-22492-TPA
Robert R. Kaiser, Jr.                                                     Chapter 13
Kathryn E. Kaiser
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 2           Date Rcvd: Oct 02, 2018
                              Form ID: pdf900         Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
```
db/jdb         +Robert R. Kaiser, Jr.,    Kathryn E. Kaiser,    113 Laurel Place,   New Kensington, PA 15068-4925
aty            +vde13,    Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr             +USAA Federal Savings Bank,    WEINSTEIN & RILEY, P.S.,    260 W. 36th Street, Suite 801,
                 New York, NY 10018-8992
cr             +USAA Federal Savings Bank,    c/o Buckley Madole P.C.,    PO Box 9013,   Addison, TX 75001-9013
13654885       +AES/PHEAA-KEYCON,    1200 N. 7th Street,    Harrisburg, PA 17102-1419
13654886       +American Express,    PO Box 981537,    El Paso, TX 79998-1537
13722170        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13654887       +CBCS,   875 Greentree Rd,    Pittsburgh, PA 15220-3508
13654888       +Chase,    PO Box 15298,    Wilmington, Delaware 19850-5298
13654891       +Dollar Bank Servicing Center,     PO Box 106077,    Pittsburgh, PA 15230-6077
13682827       +Dollar Bank, Federal Savings Bank,    Dollar Bank Servicing Center,    300 Tuscarawas Street West,
                 P O Box 8469Canton, OH 44702-1914
13980735        ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13654892       +Hundai Motor finance Co,    10550 Talbert Ave.,    Fountain Valley, CA 92708-6032
13654896        NCO Financial,    PO Box 13570,    Philadelphia, PA 19101
13654895       +National Tire & Battery/Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
14862314        Nationstar Mortgage LLC,    P.O.Box 619094, Dallas, T 75261-9741
13677010       +PHEAA,   PO BOX 8147,    Harrisburg PA 17105-8147
13654898       +Sears/CBNA,   PO Box 6282,    Sioux Falls, SD 57117-6282
13726524       +USAA Federal Savings Bank,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
13654899       +USAA Federal Savings Bank,    PO Box 33009,    San Antonio, TX 78265-3009
13654900       +USAA Savings Bank,    PO Box 33009,    San Antonio, TX 78265-3009
13654903        WF Retail & Credit,    Cscl Team Mac N8235-04M,    PO Box 14517,   Des Moines, IA 50306-3517
13654901       +Wells Fargo Financial Cards,    PO Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13654890       +E-mail/Text: bankruptcy@firstenergycorp.com Oct 03 2018 02:34:24    Collection Service Center,
                 839 5th Avenue,    New Kensington, PA 15068-6303
13654889       +E-mail/Text: bankruptcy@firstenergycorp.com Oct 03 2018 02:34:24    Collection Service Center,
                 839 Fifth Avenue,    New Kensington, PA 15068-6303
13691658       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Oct 03 2018 02:35:00
                 Hyundai Motor Finance,    PO Box 20809,   Fountain Valley, CA 92728-0809
13654894       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 03 2018 02:34:18    Midland Funding,
                 8875 Aero Drive,    STE 200,   San Diego, CA 92123-2255
13654893       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 03 2018 02:34:18    Midland funding,
                 8875 Aero Drive,    STE 200,   San Diego, California 92123-2255
13731836       +E-mail/Text: bncmail@w-legal.com Oct 03 2018 02:34:31    USAA FEDERAL SAVINGS BANK,
                 C/O WEINSTEIN AND RILEY, PS,    P.O. Box 3978,    SEATTLE, WA 98124-3978
13654904       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 03 2018 02:33:53    WFNNB/Lane Bryant,
                 PO Box 182789,   Columbus, OH 43218-2789
13730096       +E-mail/Text: bankruptcy@firstenergycorp.com Oct 03 2018 02:34:24    West Penn Power,
                 1310 Fairmont Ave.,    Fairmont, WV 26554-3526
13654902       +E-mail/Text: bankruptcynotice@westlakefinancial.com Oct 03 2018 02:34:19
                 Westlake Financial Services,    4751 Wilshire Blvd., Suite 100,   Los Angeles, CA 90010-3847
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Dollar Bank, Federal Savings Bank
cr              USAA Federal Savings Bank
cr*             ECMC,   P.O. Box 16408,    St. Paul, MN  55116-0408
13654897*       NCO Financial,   PO Box 13570,    Philadelphia, PA 19101
                                                                                         TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 0315-2          User: gamr              Page 2 of 2             Date Rcvd: Oct 02, 2018
                              Form ID: pdf900         Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2018 at the address(es) listed below:

```
          Daniel Brett Sullivan    on behalf of Creditor    USAA Federal Savings Bank BNCmail@w-legal.com,
           DanS@w-legal.com
          James   Warmbrodt    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Dollar Bank, Federal Savings Bank pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Jerome B. Blank    on behalf of Creditor    Dollar Bank, Federal Savings Bank pawb@fedphe.com
          Joseph P. Schalk    on behalf of Creditor    Dollar Bank, Federal Savings Bank jschalk@barley.com,
           sromig@barley.com
          Kevin M Buttery    on behalf of Creditor    USAA Federal Savings Bank kbuttery@rascrane.com
          Matthew Gregory Brushwood    on behalf of Creditor    Dollar Bank, Federal Savings Bank
           pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Samuel M. DiFatta    on behalf of Debtor Robert R. Kaiser, Jr. difatta1015@comcast.net,
           richard.gainey@comcast.net
          Samuel M. DiFatta    on behalf of Joint Debtor Kathryn E. Kaiser difatta1015@comcast.net,
           richard.gainey@comcast.net
                                                                                             TOTAL: 11
```