## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bk. No. 13-22492 TPA |
| ROBERT R. KAISER, JR. and | : | |
| KATHRYN E. KAISER | : | Chapter No. 13 |
| F/K/A KATHRYN E. SMALLEY | : | |
| | : | |
| **Debtors** | : | |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for **DOLLAR BANK, FEDERAL SAVINGS BANK** ("Creditor"), and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code, with regards to the real property, located at 113 LAUREL PLACE, NEW KENSINGTON, PA 15068-4925 with the mortgage recorded on November 17, 2006 Instrument Number 200611170056541 demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or otherwise which affect or seek to affect in any way the Creditor's rights or interest, with respect to Debtors or the property on which Creditor holds a first mortgage lien.

October 24, 2018

                                                        /s/ Jodi L. Hause, Esquire
                                                        Jodi L. Hause, Esq., Id. No.90625
                                                        Phelan Hallinan Diamond & Jones, LLP
                                                        Omni William Penn Office Tower
                                                        555 Grant Street, Suite 300
                                                        Pittsburgh, PA 15219
                                                        Phone Number: 215-563-7000 Ext 31502
                                                        Fax Number: 215-568-7616
                                                        Email: Jodi.Hause@phelanhallinan.com